# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                  CASE NO. 3:03cr127 LAC

EDWARD NEWELL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   APRIL 17, 2008
Motion/Pleadings:  MOTION REQUESTING COPY OF PRESENTENCE REPORT
Filed by  DEFENDANT   on 4/16/08   Doc.# 489

RESPONSES:

                                                      on            Doc.#
                                                      on            Doc.#

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of April, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) Defendant and his attorney were provided PSR at time of sentencing.*

                                                          *s/L.A. Collier*
                                                          ***LACEY A. COLLIER***
                                       *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                          Document No.