# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

     VS                                        CASE NO.  3:03cr127LAC

EDWARD K. NEWELL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____ MAY 29, 2008 _____

Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by  DEFENDANT PRO SE _____ on 5/7/08 _____ Doc.# 491 _____

RESPONSES:

GOVERNMENT _____ on 5/30/08 _____ Doc.# 492 _____

_____ on _____ Doc.# _____

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed    _____ Consented

                       WILLIAM M. McCOOL, CLERK OF COURT

                       *s/Mary Maloy*

_____

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 1st day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) No matter what the guideline range would be with a reduction, if any, to the base offense level, life imprisonment would still be the mandatory sentence required by statute. Based upon the Government's substantial assistance motion on behalf of the defendant, he was sentenced to 180 months, a sentence well below the mandatory minimum, life. 180 months was and is the appropriate sentence given the facts and circumstances of this case.*

                       s/*L. A. Collier*

                       ***LACEY A. COLLIER***

                       ***Senior United States District Judge***

Entered On Docket: _____ By: _____

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

_____

_____